**Motion Granted; Dismissed and Memorandum Opinion filed October 31, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-01075-CV

## ELIZABETH OKORAFOR, Appellant

## V.

## UNCLE SAM & ASSOCIATES, INC., Appellee

**On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Cause No. 06-DCV-153665**

# M E M O R A N D U M   O P I N I O N

This is an appeal from an amended final judgment signed October 17, 2012. On October 24, 2013, appellant filed a motion to dismiss the appeal because the parties have settled the case. *See* Tex. R. App. P. 42.1. We grant the motion.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby, and Wise.